# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR74 |
| vs. | ) | |
| MARTIN RADEL, TYCE MILLER, and TERESA ENNINGA, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant Martin Radel's unopposed Motion to Continue Trial [77] and Amended Motion to Continue Trial [78]. Defendant is currently in treatment. Counsel needs additional time to prepare for trial and explore plea negotiations. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [77] and [78] are granted, as follows:

1. The jury trial, **for all defendants**, now set for August 16, 2016 is continued to **September 27, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 27, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 24, 2016.**

        **BY THE COURT:**

        **s/ F.A. Gossett, III**
        **United States Magistrate Judge**